# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| YULIAN CARILLO-TAMAYO, a/k/a "Frank" | ) | Case No: | 5:12-563-002-MBS |
| | ) | USM No: | 24280-171 |
| Date of Original Judgment: 2/28/13 | ) | | |
| Date of Previous Amended Judgment: | ) | Pro Se | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

■ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

(1) Amendment 750 does not apply because the defendant was sentenced for attempting to possess with intent to distribute and to distribute powder cocaine, and not cocaine base; (2) Amendment 759 does not apply because it is not retroactively applicable; (3) Amendment 782 does not apply because the defendant received the benefit of a variance under 18 U.S.C. 3553(a) at sentencing.

Except as otherwise provided, all provisions of the judgment dated 2/28/13 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: August 18, 2017         /s/ Margaret B. Seymour
                                     *Judge's signature*

Effective Date: _____               Margaret B. Seymour, Senior United States District Judge
*(if different from order date)*     *Printed name and title*